No. 14,870.

HEDDEN, ADMINISTRATRIX *v.* CROWE.
(108 P. [2d] 1055)

Decided December 23, 1940.

Judgment affirmed en banc on application for supersedeas without written opinion. Mr. Chief Justice Hilliard not participating.

Mr. RICHARD E. BISHOP, Mr. ANDREW J. REYNOLDS, for plaintiff in error.

Mr. ARTHUR E. ALDRICH, Mr. CLEMENT R. HACKETHAL, for defendant in error.